# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JODY M. YOUNG

NO. 2023 KW 1350

**MARCH 13, 2024**

---

In Re:     Jody M. Young, applying for supervisory writs, 18th
           Judicial District Court, Parish of West Baton Rouge,
           No. 053507.

---

**BEFORE:  GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.**

                         JMG
                         WRC
                         WIL

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT